Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT

### for the

### District of New Jersey

### Newark Division

CLERK
U.S. DISTRICT COURT
OF NEW JERSEY

2024 AUG -5 P 3: 08

MPIRE EXPRESS TRUST, by Michael Lewis, Trustee

_____

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

Carlos Gonzalez, Roselle Police Department, Chanell
Johnson, Andy Murray, Regina Caulfield

_____

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names. Do not include addresses here.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☑ No

# COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

## (Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | MPIRE EXPRESS TRUST, by Michael Lewis, Trustee |
| Address | 188 Jefferson Street, Suite1029 |

| Newark | NJ | 07105 |
|---|---|---|
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | Essex |
| Telephone Number | 908-340-5462 |
| E-Mail Address | mpiretrust33@gmail.com |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**

| | |
|---|---|
| Name | Carlos Gonzalez |
| Job or Title *(if known)* | Police Officer |
| Address | 210 Chestnut Street |

| Borough of Roselle | NJ | 07203 |
|---|---|---|
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | Union County |
| Telephone Number | |
| E-Mail Address *(if known)* | |

☑ Individual capacity    ☐ Official capacity

**Defendant No. 2**

| | |
|---|---|
| Name | Roselle Police Department |
| Job or Title *(if known)* | |
| Address | 210 Chestnut Street |

| Borough of Roselle | NJ | 07203 |
|---|---|---|
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | Union County |
| Telephone Number | 908-245-5600 |
| E-Mail Address *(if known)* | |

☑ Individual capacity    ☐ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3

| | |
|---|---|
| Name | Chanell Johnson |
| Job or Title *(if known)* | Prosecutor/Attorney |
| Address | 32 Rahway Avenue |
| | Elizabeth  NJ  07202 |

Elizabeth | NJ | 07202
---|---|---
*City* | *State* | *Zip Code*

| | |
|---|---|
| County | Union |
| Telephone Number | |
| E-Mail Address *(if known)* | |

[✔] Individual capacity [ ] Official capacity

Defendant No. 4

| | |
|---|---|
| Name | Andy Murray |
| Job or Title *(if known)* | Public Defender/Attorney |
| Address | 17 Caldwell Place |

Elizabeth | NJ | 07201
---|---|---
*City* | *State* | *Zip Code*

| | |
|---|---|
| County | Union County |
| Telephone Number | 908-209-1747 |
| E-Mail Address *(if known)* | |

[✔] Individual capacity [ ] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

[ ] Federal officials (a *Bivens* claim)

[✔] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials? 18 USC 241, 18 USC 242, 18 USC 1201, 18 USC 1348, 15 USC 1692e(1), 15 USC 1692e(3), 32 CFR 776.69, Fourth Amendment, Fifth amendment, Sixth Amendment, Eighth Amendment

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Defendant No. 5 Name:  Regina Caulfield

Job or Title *(if known)* :    *Judge/ Public Trustee/Public Servant*

Address: 2 Broad Street

Elizabeth,  NJ     07201

County: Union County
Telephone Number

E-Mail Address *(if known)*

Individual capacity

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983.  If you are suing under section 1983, explain how each defendant acted under color of state or local law.  If you are suing under *Bivens*, explain how each defendant acted under color of federal law.  Attach additional pages if needed.
      Please see attachment Statement of Facts

## III.   Statement of Claim

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?
      401 Amsterdam Avenue,  Borough of Roselle, Roselle Police Station, Union County Superior Court

B.    What date and approximate time did the events giving rise to your claim(s) occur?
      03/17/2023 add approximately 8:30 PM, 02/29/2024 at approximately 9:30 AM, 03/18/2024 at approximately 9:30 AM 04/23/2024 at approximately 10 AM, 08/02/2024 at approximately 2 PM

C.    What are the facts underlying your claim(s)?  *(For example:  What happened to you?  Who did what? Was anyone else involved?  Who else saw what happened?)*
      see attachment Statement of Facts

## Statement of Facts

I, LEWIS, MICHAEL OWNER HAVING BENEFICIAL INTEREST IN PRINCIPLE SECURITY, A LIVING MAN FROM GOD BEING FREE AND INDEPENDENT WITH DOMINION OVER THE EARTH, LAND, AND SEA. GIVEN FROM MY CREATOR, A MAN THAT WALKS UPON THE LAND MADE IN HIS IMAGE, LIKENESS, AND WITH THE HOLY SPIRIT. A MAN WITH FREE WILL AND HANDS AS GRANTOR WHO REACHED THE AGE OF MAJORITY AND PHYSICALLY AND MENTALLY CAPABLE OF MAKING THIS TESTIMONY UNDER GOD IN GOOD FAITH WITH CLEAN HANDS, AN FREE INHABITANT, A MOOR ABORIGINAL PRIVATE AMERICAN. I HAVE BENEFICIAL INTEREST IN THE "PERSON" REGISTERED ORGANIZATION TRUST / "ENS LEGIS" MICHAEL LEWIS DEBTOR TRUST ACCOUNT.

1. ON or about 03/17/2023 the Plaintiff known as Michael Lewis, Trustee of MPIRE EXPRESS TRUST was traveling in a private automobile on Amsterdam Avenue in the Borough of Roselle, Union County, New Jersey when Plaintiff noticed that there was a vehicle with emergency lights behind the Plaintiff, the Plaintiff not having a safe place to pull to the side of the road and not being able to see if it was an official emergency vehicle, the Plaintiff proceeded up the road and pulled in the first safest driveway of an apartment building at 401 Amsterdam Avenue, which was at the corner of  Amsterdam Avenue, Aldene Road, Borough of Roselle, New Jersey.

2. As the Plaintiff pulled into the driveway, he exited his private automobile and was met by the Defendant CARLOS GONZALEZ who under the false and misleading representation acting as a police officer( public trustee) and debt collector under colorable state law, statute, code or ordinance  for the ROSELLE POLICE DEPARTMENT was attempting to conduct a traffic stop on the Plaintiff because the Plaintiff allegedly violated a colorable state law. statute, code or ordinance that is in ultra vires to the Constitution. Defendant CARLOS GONZALEZ drew his firearm and pointed it in the direction of the Plaintiffs head who did not present any threat, was unarmed and was not in possession of any weapon and said to the Plaintiff "hey my man, put your hands up", not being able to make out Defendant CARLOS GONZALEZ badge and uniform and only his silhouette pointing his firearm at the plaintiff due to the bright flashing lights, the plaintiff complied and immediately put his hands up out of fear his life under the threat and duress  of being shot by Defendant CARLOS GONZALEZ. Defendant CARLOS GONZALEZ was in ultra vires of 18 USC 242 when he detained the Plaintiff without a valid warrant or affidavit of probable cause in support of warrant, depriving the Plaintiff his right to liberty and the pursuit of happiness. Defendant CARLOS GONZALEZ acting in the capacity of a police officer for the ROSELLE POLICE DEPARTMENT was also in ultra vires of 15 USC 1692e(1) acting in the capacity of a debt collector for the ROSELLE POLICE DEPARTMENT who is vouched for, bonded by, or affiliated with the United States or any State, including the use of any badge or uniform. Defendant CARLOS GONZALEZ was also in ultra vires of 18 USC 1348 when he executed a traffic stop on the Plaintiff depriving the Plaintiff of his right to liberty and the pursuit of happiness in a scheme to obtain by means of false or fraudulent pretenses money or property in the name of the **"PERSON" REGISTERED ORGANIZATION TRUST / "ENS LEGIS" MICHAEL LEWIS DEBTOR TRUST ACCOUNT** for violations of colorable state law, statute, code or ordinance.

3. Defendant CARLOS GONZALEZ acting under color of state law, statute, code or ordinance proceeded to unlawfully detain, handcuff and searched the Plaintiff's person and ordered the

1

Plaintiff to submit to roadside tests under threat, duress and coercion of colorable of state law, statute, code or ordinance. When the Plaintiff refused Defendant CARLOS GONZALEZ solicitation to his roadside tests, Defendant CARLOS GONZALEZ then falsely arrested the Plaintiff without a warrant or affidavit of probable cause in support of a warrant. The plaintiff failing to stop for an emergency vehicle right away is not an arrestable offense, nor is it a crime as there is no Corpus delicti. Defendant CARLOS GONZALEZ's actions are in ultra vires of 18 USC 242, when he deprived the plaintiff of his right of liberty and the pursuit of happiness when he unlawfully searched the Plaintiff without a valid warrant or affidavit of probable cause in support of warrant under colorable state law, statute, or ordinance which is also secured to the Plaintiff by the 4th amendment of the Bill of Rights, by unlawfully hindering the Plaintiffs liberty of movement and detaining and handcuffing the Plaintiff at gunpoint under threat duress and coercion.

4.  Defendant Carlos Gonzalez and other officers of the ROSELLE POLICE DEPARTMENT proceeded to conspire against the Plaintiffs right of liberty and unlawfully trespass and search the Plaintiff's private automobile without a warrant or affidavit of probable cause in support of warrant. The plaintiff's right protected by the 5th amendment of the Bill of Rights were deprived under colorable state law, statute, code or ordinance when Plaintiff's private automobile was towed by the ROSELLE POLICE DEPARTMENT towing service in ultra vires of the Fifth Amendment due process clause of the Bill of Rights and in accordance with 18 US 241 and 18 USC 242.

5.  The Plaintiff was then falsely arrested and imprisoned against his will by Defendant CARLOS GONZALEZ who had no lawful authority to arrest the Plaintiff. Defendant CARLOS GONZALEZ made false statements on the complaint-summons acting under color of state law, statute, code or ordinance. Defendant CARLOS GONZALEZ had no lawful probable cause to support the alleged criminal charges of eluding against the Plaintiff. The Affidavit of Probable Cause in discovery is blank, does not give any testimony or lawful cause to Defendant CARLOS GONZALEZ actions and the affidavit of probable cause in discovery is not signed by Defendant CARLOS GONZALEZ, giving further evidence that the Defendant CARLOS GONZALEZ was acting under color of state law, statute, code or ordinance in ultra vires of the Fourth and Fifth Amendments of the Bill of Rights and in accordance with 18 USC 242. Defendant Carlos Gonzalez acting under color of state law statue or ordinance deprived the Plaintiff of his liberty and property without due process of law and private property was taken for public use without just compensation. A right that is secured to the plaintiff by the 5th Amendment of the Bill of Rights..

6.  The plaintiff was then kidnapped in accordance with 18 USC 1201 and transported in patrol vehicle #21 to ROSELLE POLICE DEPARTMENT where Plaintiff was falsely imprisoned for approximately four hours against his will. Defendant CARLOS GONZALEZ was acting in ultra vires of the Eighth Amendment of the Bill of Rights when he inflicted cruel and unusual punishment of restricting the plaintiffs liberty by kidnapping and taking the Plaintiff in handcuffs at gunpoint against his will to a place that the Plaintiff did not consent to.

2

7. The Plaintiff was able to make a phone call end call a friend of the family by the name of Tiyana Butler who came to ROSELLE POLICE DEPARTMENT and signed the Plaintiff out of custody at approximately 12:05 AM. The plaintiff was given a complaint-summons by Defendant CARLOS GONZALEZ to appear in UNION COUNTY SUPERIOR COURT.

8. The Plaintiff made a first appearance by special visitation to UNION COUNTY SUPERIOR COURT on or about April 19th 2023 at approximately 8:30 AM and the Plaintiff was assigned to REGINA CAULFIELD acting as Judge (public trustee)in the UNION COUNTY SUPERIOR COURT and was given a date in the future for another hearing and was also assigned to Defendant ANDY MURRAY acting as public defender (public trustee) in the UNION COUNTY SUPERIOR COURT. Plaintiff advised the court that in accordance with Amendment Six of the Bill of Rights the Plaintiff did not wish to have Defendant ANDY MURRAY as his attorney in fact.

9. On or about December 4th 2023 after having received discovery the Plaintiff sent via certified mail a Notice of Ineffective Counsel and Motion to Dismiss and Order to Show Cause citing the Fourth Amendment and also Title 2C of the New Jersey Code of Criminal Justice(2C:30-6) which also mirrors the Fourth Amendment of the Bill of Rights to the UNION COUNTY SUPERIOR COURT and on this same day the Plaintiff also sent via certified mail a copy of the Notice of Ineffective Counsel the UNION COUNTY PUBLIC DEFENDERS OFFICE removing Defendant ANDY MURRAY as the Plaintiff's attorney in fact.

10. On or about February 29th, 2024, the Plaintiff made another special visitation to the UNION COUNTY SUPERIOR COURT under threat, duress and coercion after having sent the court via certified mail a motion to dismiss the charges being brought against the Plaintiff by Defendant CHANELL JOHNSON acting as prosecutor (public Trustee) in the UNION COUNTY SUPERIOR COURT for lack of probable cause and notice of ineffective counsel removing defendant ANDY MURRAY as the Plaintiffs' attorney in fact. On that date Plaintiff was informed by Defendant REGINA CAULFIELD that she had just received the Plaintiffs motion on December 11th, 2023 and after reviewing it that she was denying the Plaintiffs Motion to Dismiss for lack of probable cause, under colorable state law statute code or ordinance and frivolous claims that the Plaintiffs motion was only to represent himself in court and failed to address the lack of probable cause for the criminal charges against the Plaintiff, citing colorable state law, statute, code or ordinance (N.J.R.E. 403) as her reason for denying the Plaintiffs motion. Defendant REGINA CAULFIELD's actions are in ultra vires of 18 USC 242 by depriving the Plaintiffs right against unreasonable searches and seizures secured by the 4th amendment of the Bill of Rights under color of state law, statute, code or ordinance. Defendant REGINA CAULFIELD was acting in ultra vires of the 4th amendment of the Bill of Rights by upholding criminal charges being brought against the Plaintiff by Defendant CHANELL JOHNSON acting was acting in ultra vires of the 4th amendment of the Bill of Rights by upholding criminal charges as a prosecutor (public trustee) in the UNION COUNTY SUPERIOR COURT.

11. Defendant CHANELL JOHNSON who stood in court and refused to answer any questions from the Plaintiff about the lack of probable cause for the criminal charges in ultra vires of the Fifth Amendment of the Bill of Rights by depriving the Plaintiff his right to due process of law and and prosecutorial misconduct in accordance with 32 CFR 776.69 by bringing criminal charges against the Plaintiff that are not supported by oath or affirmation as a covered attorney committing a criminal act that reflects adversely on the attorneys honesty trustworthiness or

3

fitness as an attorney engaging and dishonesty fraud, deceit and false and misleading representation and engaging in conduct that is prejudicial to the administration of justice. Defendant CHANELL JOHNSON is also ultra vires of 15 USC 1692e(3) under the false and misleading representation that she is an attorney and that any communication from her is from an attorney in an attempt to collect a debt acting as a prosecutor(public trustee) in the UNION COUNTY SUPERIOR COURT. Defendant CHANELL JOHNSON is also ultra vires of New Jersey Rules of Professional Conduct Rule 3.8 which explicitly states that a prosecutor shall refrain from prosecuting a charge that the prosecutor knows is not supported by probable cause.

12. On this same day in the UNION COUNTY SUPERIOR COURT Defendant ANDY MURRAY was in attendance after receiving Notice of Ineffective Counsel and having been told orally that he was no longer Plaintiff's attorney in fact because he did not have the Plaintiff's best interest in substance and that Plaintiff did not consent to any solicitation of his services, Plaintiff was then told by Defendant REGINA CAULFIELD acting as Judge(public trustee) that because she was denying the Plaintiff's motion to dismiss and motion to show cause under colorable state law, statute, code or ordinance and that Plaintiff did not have a choice in counsel and that Defendant ANDY MURRAY was the Plaintiff's attorney in fact which is an egregious violation of the Sixth Amendment of the Bill of Rights. Plaintiff also asked Defendant Regina Caulfield for a copy of the order in which she denied the Plaintiffs motion to dismiss, in which Defendant REGINA CAULFIELD told the plaintiff that she did not have the order ready yet and that she would get it to the Plaintiff as soon as possible further hindering the Plaintiff's ability to obtain remedy at law. Defendant REGINA CAULFIELD is in ultra vires of 18 USC 242 by depriving the Plaintiff his Sixth Amendment right to self-representation or to choose his own counsel (Faretta v. California(1975)) secured by the Sixth Amendment of the Bill of Rights. Defendant REGINA CAULFIELD is also in ultra vires of the Fourth Amendment of the Bill of Rights by upholding criminal charges that are not supported by probable cause.

13. On or about March 18th, 2024, the Plaintiff made another special visitation to the UNION COUNTY SUPERIOR COURT under threat to duress and coercion for a hearing in front of Defendant REGINA CAULFIELD acting as Judge(public trustee) and the Plaintiff filed on the record in the UNION COUNTY SUPERIOR COURT, a NONTAXPAYER AFFIDAVIT OF DURABLE POWER OF ATTORNER GENERAL IN FACT OF REVOCATION OF ALL PREVIOUS POWER OF ATTORNEY, Affidavit of Correction, Affidavit of Knowledge of Facts, SCHEDULE OF FEES and Affidavit of Life. On this same day the Plaintiff was told by Defendant REGINA CAULFIELD that the court is proceeding with Defendant ANDY MURRAY as the Plaintiff's attorney in fact without the Plaintiff's consent and against the Plaintiff's will and that Defendant ANDY MURRAY will proceed to represent the Plaintiff without the Plaintiff's consent, which is an egregious violation of the Plaintiff's Sixth Amendment right to self-representation or to choose his own counsel. Defendant ANDY MURRAY proceeded to conspire against the Plaintiffs Sixth Amendment right to choose his counsel and proceeded acting on behalf of the Plaintiff without the Plaintiffs consent, acting on the plaintiffs behalf without his consent, entering plea offers into the Plaintiff's case without the Plaintiff's knowledge or consent being injurious to the Plaintiff. Defendant ANDY MURRAY acting as public defender (public trustee) is in ultra vires of 32 CFR 776.69(6) by knowingly assisting a judicial officer Defendant CHANELL JOHNSON acting as prosecutor (public trustee) in conduct that is a violation of applicable rules or judicial conduct(N.J.R.P.C. Rule 3.8) and15 USC 1692e(3) by making false and misleading representations that he is an attorney or that any communication from him was from an

4

attorney. And in violation of my Sixth Amendment right to self-representation or to choose my own counsel secured by the Bill of Rights.

14. On or about April 23rd, 2023, at approximately 10:20 AM Plaintiff made another special visitation to the Union County Superior Court accompanied by Veronica Thomas the Plaintiff's mother and Trustee of MPIRE EXPRESS TRUST. As the Plaintiff and his mother/trustee entered the courtroom he was met by multiple sheriff's officers one of which informed the Plaintiff that the Judge had issued a warrant for failure to appear when in fact the Plaintiff had not failed to appear he was in fact in the courtroom standing with a witness next to him and Defendant REGINA CAULFILED acting as (public trustee) was not present. After the Plaintiff asked the sheriff officer could he inform the Judge that the Plaintiff is here and that the Plaintiff has not failed to appear but was just late due to traffic. The sheriff officer informed the Plaintiff that the Judge informed the sheriff officer to arrest the Plaintiff and hold him as surety for the"**PERSON**" **REGISTERED ORGANIZATION TRUST / "ENS LEGIS"** MICHAEL LEWIS **DEBTOR TRUST ACCOUNT** until she had time to see the Plaintiff. Under threat duress and coercion and out of fear of the Plaintiffs life the Plaintiff complied with the sheriff's officers and did not resist arrest and was handcuffed and transported to the UNION COUNTY JAIL where the Plaintiff was forced to be fingerprinted, X-ray body scanned and photographed against his will and then the Plaintiff was forced to take off his clothes by a corrections officer and was told by the corrections officer that if he did not take off his personal clothes and wear the jail uniform that he would not be able to see the Judge today and they would hold the Plaintiff until they felt like it. Plaintiff complied with the instructions of the corrections officer under threat, duress and coercion and not wanting to suffer any more cruel and unusual punishment. Plaintiff was held in a holding cell in the UNION COUNTY JAIL for approximately six hours not given any food or water. Plaintiff was taken from the UNION COUNTY JAIL back to the UNION COUNTY SUPERIOR COURT at approximately 3:30 PM and was told by Defendant REGINA CAULFIELD that she would be entering another appearance bond for the **"PERSON" REGISTERED ORGANIZATION TRUST /** **"ENS LEGIS"** MICHAEL LEWIS **DEBTOR TRUST ACCOUNT** without his consent, to make an appearance on a different date because she did not have time for the Plaintiff today and that she was going to release the plaintiff. Plaintiff was then transported back to the UNION COUNTY JAIL where he waited another hour in a holding cell and was released at approximately 4:30 PM.

15. On or about August 2nd, 2024, the Plaintiff made another appearance by special visitation to the UNION COUNTY SUPERIOR COURT under threat duress and coercion for another hearing where the Plaintiff learned that Defendant REGINA CAULFIELD has reassigned herself from the case and that ANTHONY PARENTI JR. acting as Judge (public trustee) is now presiding over the case. On the same day in the Union County Superior Court during the hearing there was a disposition of Defendant CARLOS GONZALEZ where he gave a recount of the events that happened on March 17th, 2023, and in his disposition under oath the Defendant CHANELL JOHNSON acting as prosecutor (public trustee) during the disposition asked Defendant CARLOS GONZALEZ where did the incident take place and Defendant CARLOS GONZALEZ said on record under oath that the building at 401 Amsterdam Avenue was located on the corner of Amsterdam and 3rd Avenue in the borough of Roselle, New Jersey, when in fact the building located on 401 Amsterdam Avenue is on the corner of Amsterdam Avenue and Aldene Road in the Borough of Roselle, New Jersey, giving further evidence that the Defendant CARLOS GONZALEZ is not a credible witness and has made false testimony under oath about the

5

location of the alleged crime. On this same day in the courtroom. After the disposition. Defendant CHANELL JOHNSON used every tactic she could to deprive the plaintiff of his rights under colorable. State law, statute, code, or ordinance to deny the plaintiff the right to speak upon his own behalf. On the same day. ANTHONY PPARENTI JR, acting as Judge(Public Trustee). Said that he is issuing an order for a Miranda violation made by Defendant CARLOS GONZALEZ against the Plaintiff further depriving the Plaintiff his due process rights secured to him by the 5th Amendment of the Bill of Rights.

Further Affiant Saith Not

By: _Michael Lewis TTEE_

MPIRE EXPRESS TRUST, By, Michael Lewis Trustee

8/5/2024

ASHLEY CHACON
NOTARY PUBLIC
STATE OF NEW JERSEY
05/17/2028

6

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Plaintiff and his family has suffered mental anguish from the chain of events that took place during and after the false imprisonment and Plaintiff has lost wages for the time spent having to miss work to go to court and defend frivolous criminal allegations.

## V.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Plaintive request that the court grant monetary relief in the amount of $4,000,000.00 for therapy and lost wages needed for Plaintiffs family who has been victims of the chain of events as well and all state charges pending against the plaintiff to be dismissed with prejudice. State charge number 23 000904. Plaintiff also request for punitive damages and any other injunctive relief this court deems appropriate.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:          08/05/2024

Signature of Plaintiff     *By Michael Lewis TTEE*

Printed Name of Plaintiff   Michael Lewis, Trustee                    8/5/2024

ASHLEY CHACON
NOTARY PUBLIC
STATE OF NEW JERSEY
05/17/2028

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

|  |  | City |  | State |  | Zip Code |

Telephone Number

E-mail Address